United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-20085
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VIRGILIU BUIUC, also known as Massimiliano
Bartolozzi,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-553-3
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Virgiliu Buiuc has moved
for leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967). Buiuc has not filed
a response. Our independent review of the brief and the
record discloses no nonfrivolous issue in this direct appeal.
Accordingly, the motion for leave to withdraw is GRANTED, counsel
is excused from further responsibilities herein, and Buiuc's
APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.